IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH D. STACEY | ) | |
| | ) | |
| v. | ) | No. 3:09-1120 |
| | ) | Judge Nixon/Bryant |
| SOCIAL SECURITY ADMINISTRATION | ) | |

O R D E R

On February 24, 2010, a scheduling order was entered in this Social Security case, directing plaintiff to file her motion for judgment on the administrative record and supporting brief within thirty days. (Docket Entry No. 12) Plaintiff failed to make this filing, and on April 30, 2010, the government filed a motion for an order directing plaintiff to show cause why her case should not be dismissed. (Docket Entry No. 13) In response to the government's motion, plaintiff filed a motion for an extension of time to file her motion for judgment and brief in support (Docket Entry No. 14), as well as a formal response to the government's motion for a show cause order (Docket Entry No. 15), asserting in both that she was unaware of the briefing deadline established in the undersigned's order, either because she did not receive electronic service of the order, or because the service copy was mishandled by staff members of counsel's law office.

Plaintiff's motion (Docket Entry No. 14) seeks to have the deadline for filing her motion for judgment on the administrative record and supporting brief extended to **May 20, 2010.** This motion is **GRANTED.** The government's motion for a show cause order is **DENIED** as moot.

1

On the same day that plaintiff filed her motion for extension of time, she also filed a bare motion for judgment on the administrative record, without any supporting brief or any statement of grounds for the relief requested. (Docket Entry No. 16) This motion is **DENIED** without prejudice to plaintiff's right to re-file, on or before May 20, 2010, a properly supported motion and brief as directed in the undersigned's prior order (Docket Entry No. 12).

So **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE